UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** | CIVIL ACTION NO: 2:20-cv-00029-JDL |
| **Plaintiff** | **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANTS** |
| vs. | RE:<br>27 Rosewood Drive, Saco, ME 04072 |
| **Beth A. Higgins and Edward J. Higgins** | |
| **Defendants** | |
| Discover Bank<br>Midland Funding, LLC<br>TD Bank USA, N.A. | Mortgage:<br>12/19/2002<br>Book 12337, Page 177 |
| **Parties-in-Interest** | |

NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter "Wilmington Savings"), pursuant to Fed. R. Civ. P. 55(a) and hereby moves for Default, following service, as to Defendants, Beth A. Higgins and Edward J. Higgins, since said Defendants have neither answered nor otherwise appeared in this matter. As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on January 28, 2020.

2. The Defendant, Beth A. Higgins, was served with the subject complaint on January 31, 2020.

3. The Defendant, Edward J. Higgins, was served with the subject complaint on January 31, 2020.

4. Proof of Service for Defendant, Beth A. Higgins was filed on March 6, 2020.

5. Proof of Service for Defendant, Edward J. Higgins was filed on March 6, 2020.

6. The said Defendants are not in the military.

7. Plaintiff has brought this action to address five counts entitling it to various forms of relief including Foreclosure and Sale; Breach of Note; Breach of Contract, Money Had and Received; *Quantum Meruit*; and Unjust Enrichment.

8. Upon information and belief, the property is believed to be occupied, and, although this property-in-suit may be subject to an eviction moratorium under Governor Mills' Executive Orders, this is not a HUD, FHA, VA, FHLMC or FNMA loan, and as such is not affected by a HUD and/or federal foreclosure moratorium.

9. It is Plaintiff's position that this Court may rule on Plaintiff's Motion for Entry of Default as to Defendants, as the Governor's Executive Orders and HUD and/or federal moratorium have no impact on foreclosure actions or on said Motion for Entry of Default.

10. By failing to appear in this matter, entry of default in favor of Plaintiff, pursuant to Fed. R. Civ. P. Rule 55(a) is proper against Defendants, Beth A. Higgins and Edward J. Higgins.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter default as to Defendants, Beth A. Higgins and Edward J. Higgins,

DATED: March 3, 2021

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq., hereby certify that on this 3rd day of March, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Beth A. Higgins
27 Rosewood Drive
Saco, ME 04072

Edward J. Higgins
27 Rosewood Drive
Saco, ME 04072

Midland Funding, LLC
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330

Discover Bank
502 East Market Street
Greenwood, DE 19950

Discover Bank
6500 New Albany Road
New Albany, OH 43054

TD Bank USA, N.A.
2035 Limestone Road,
Wilmington, DE 19808